TADEUSZ OSZMANSKI, AMENDED TO READ VICTORIA
OSZMANSKI, WIDOW AND SOLE DEPENDANT OF
TADEUSZ OSZMANSKI, PETITIONER-RESPONDENT, v.
BERGEN POINT BRASS FOUNDRY, INC., RESPONDENT-
PETITIONER.

See same case below: 95 *N. J. Super.* 92.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondent.

January 16, 1968. Denied.

M. P. HOWLETT, INC., PETITIONER-PETITIONER, v. DI-
RECTOR, DIVISION OF TAXATION OF THE STATE OF
NEW JERSEY, RESPONDENT-RESPONDENT.

*Messrs. Markey & Wilham* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Jeffrey R. Lowe* for the respondent.

January 16, 1968. Denied.

HAROLD E. FERGER, *ET ALS.*, PLAINTIFFS-RESPONDENTS,
v. LOCAL 483 OF THE INTERNATIONAL ASSOCIATION
OF BRIDGE STRUCTURAL AND ORNAMENTAL IRON
WORKERS, A.F.L.-C.I.O., DEFENDANT-PETITIONER.

See same case below: 97 *N. J. Super.* 505.

*Messrs. Parsonnet, Parsonnet & Duggan* for the petitioner.

*Messrs. Bracken & Walsh* for the respondents.

January 16, 1968. Denied.